ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| LED Lighting Solutions, LLC | ) ASBCA Nos. 63425, 63546 |
| | ) |
| Under Contract No. W50S6T-22-P-0011 | ) |

APPEARANCE FOR THE APPELLANT:        Mr. Thomas DeSantos
                                                                     President

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                       Army Chief Trial Attorney
                                                                       MAJ Danielle C. Naser, JA
                                                                       John C. Degnan, Esq.
                                                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 20, 2025

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63425, 63546, Appeals of LED Lighting Solutions, LLC, rendered in conformance with the Board's Charter.

Dated:  May 20, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals